LENARD E. SCHWARTZER
2850 SO. JONES BLVD., STE. 1
LAS VEGAS, NV 89146
Phone: (702) 307-2022
E-Fax: (702) 974-0976

TRUSTEE

RECEIVED AND FILED
SEP 30 12 02 PM '10

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

SORENSON, ROSARIO BADILLA

Debtor(s)

Case No. BK-S-08-19110 BAM

IN PROCEEDINGS UNDER CHAPTER 7

NOTICE OF UNCLAIMED FUNDS

TO:       Clerk, United States Bankruptcy Court

FROM:   Lenard E. Schwartzer, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 2 | Wells Fargo 2008<br>POB 10347<br>Des Moines, IA 50306 | | $ 4,000.00 |
| 2i | Wells Fargo 2008<br>POB 10347<br>Des Moines, IA 50306 | | $ 172.53 |
| | Total | $ 0.00 | $ 4,172.53 |

Date: *September 28, 2010*

Trustee Lenard E. Schwartzer

Note:  Claims that are $25.00 or less go into CAS 106000.
       Claims that are more than $25.00 to into CAS 613300.
       The amounts that are to be deposited into the registry can be written on one check.

# 197919          4172.53